UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 14-4197
(3:11-cr-00404-FDW-DSC-1)

UNITED STATES OF AMERICA

    Plaintiff - Appellee,

    v.

ZONTA TAVARAS ELLISON

    Defendants - Appellant

## MOTION TO WITHDRAW

Counsel for Defendant, Zonta Ellison, hereby moves to withdraw as Court-appointed counsel in this matter.

1.    Mr. Terpening was appointed on April 24, 2014. Mr. Ellison's opening brief and joint appendix are not due until July 31, 2014. Therefore granting this Motion and appointing replacement counsel will not prejudice Mr. Ellison.

1

2. Mr. Terpening has a long history of representing both retained and court- appointed appellants before this Court, is in good standing with this Court, and has never before received any complaints from clients in matters handled before this Court. Moreover, Mr. Terpening has worked hard to build a distinguished career and sustain a good reputation, including clerking for a federal judge, becoming a partner in a respected national law firm, achieving highest ethical ratings, and accepting court- appointed cases as a public service.

3. Mr. Terpening has received two letters from Defendant, Mr. Ellison. In turn, Mr. Terpening has written two letters to Mr. Ellison, one dated May 30, 2014, and another dated June 5, 2014. Both letters fully address questions that Mr. Ellison has raised regarding his appeal.

4. Today, June 6, 2014, Mr. Terpening received, via ECF, a letter that Mr. Ellison filed with the Court, falsely accusing Mr. Terpening of violating Rule of Professional Conduct 1.4 by purportedly failing to communicate with him. *See* Doc. No. 27.

5. Mr. Ellison has also unfoundedly accused Mr. Terpening of "meeting him with distain," and made other baseless pejorative remarks regarding Mr. Terpening's services. Notwithstanding Mr. Ellison's claims, Mr. Terpening has professionally responded to Mr. Ellison's letters and has otherwise afforded guidance, courtesy, and respect to Mr. Ellison. Mr. Ellison's perception otherwise

demonstrates that Mr. Terpening and Mr. Ellison will not be able to develop a relationship conducive to Mr. Terpening's efforts to provide Mr. Ellison with the best possible representation in this matter.

6. As a result of Mr. Ellison's June 6, 2014 accusation against Mr. Ellison, which amounts to defamation, Mr. Ellison has placed himself into an adversarial position with respect to Mr. Terpening. Accordingly, Mr. Terpening can no longer competently represent Mr. Ellison. It would both deny Mr. Ellison due process and violate Mr. Terpening's ethical responsibilities if Mr. Terpening were to continue to represent Mr. Ellison.

7. North Carolina Rule of Professional Conduct 1.16(a)(1) states that a lawyer shall withdraw where "the representation will result in… a violation of the Rules of Professional Conduct."

8. North Carolina Rule of Professional Conduct 1.7(a)(2) indicates that conflict of interest exists where: "the representation of one or more clients may be materially limited by… a personal interest of the lawyer."

9. Mr. Ellison's baseless accusations against Mr. Terpening place Mr. Terpening in a position where it would violate Rules 1.7(a)(2) and 1.16(a)(1) for him to continue representing Mr. Ellison.

10. Mr. Terpening has served a copy of this Motion to Mr. Ellison via United States Mail at: Federal Correctional Institution, P.O. Box 52020,

Bennettsville, SC 29512. He hereby advises Mr. Ellison, to the extent that the Court requires such notice, that he may file a response to this Motion within 7 days.

11. Mr. Terpening will provide Mr. Ellison's file to Mr. Ellison's replacement counsel, and will otherwise work to transition the matter as necessary to protect Mr. Ellison's appellate rights.

WHEREFORE, Mr. Terpening respectfully requests that he be permitted to withdraw from representation of Mr. Ellison and this matter.

Respectfully submitted this 6th day of June, 2014

/s/ William R. Terpening
William R. Terpening
N.C. State Bar. No. 36418
NEXSEN PRUET, PLLC
227 W. Trade Street, Suite 1550
Charlotte, NC  28202
Telephone: (704) 338-5358
Fax: (704) 805-4735
*Attorney for Defendant - Appellant*

NPCHLT1:693428.1-MO-(WTERPENING) 054090-00001

# CERTIFICATE OF SERVICE

I certify that I served a copy of the foregoing **MOTION TO WITHDRAW** electronically via CM/ECF system, which will send notification of such filing to CM/ECF participants:

        Amy E. Ray
        U.S. Attorney's Office
        100 Otis Street, Room 233
        Asheville, NC  28801
        amy.ray@usdoj.gov

        Zonta Ellison
        #27066-058
        Federal Correctional Institution
        P.O. Box 52020
        Bennettsville, SC 29512.

This the 6th day of June, 2014.

        /s/ William R. Terpening
        William R. Terpening
        *Attorney for Defendant - Appellant*